FILED
JUN 25 2014
DAVID CREWS, CLERK
BY_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:14CR070

VINCENT LAMORRIS TAYLOR and          18 U.S.C. § 371
GREGORY LAMAR WHITE                  18 U.S.C. § 1029(a)(1)
                                     18 U.S.C. § 513

## INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

From on or prior to October 10, 2013, to on or about October 10, 2013, in the Northern District of Mississippi and elsewhere, VINCENT LAMORRIS TAYLOR and GREGORY LAMAR WHITE, defendants, did knowingly and willfully conspire and agree together and with each other and with other individuals both known and unknown to the Grand Jury, to commit the following offenses against the United States, that is:

(1) knowingly uttering or possessing a forged security, that is, a check, of an organization, with intent to deceive another person, in violation of Title 18, United States Code, Section 513;

(2) with intent to defraud, producing, using and trafficking in one or more counterfeit access devices in violation of Title 18, United States Code, Section 1029(a)(1).

During and in furtherance of the conspiracy and to effect the objects of the conspiracy, at least one of the co-conspirators committed at least one of the following overt acts:

    (a)    On or about October 10, 2013, GREGORY LAMAR WHITE, cashed a counterfeit check that appeared to be issued by Barrows Construction, Inc. and made payable to James Jones in the amount of $428.54 at the Wal-Mart located in West Point, Mississippi.

    (b)    On or about October 10, 2013, VINCENT LAMORRIS TAYLOR attempted to cash a counterfeit check in the amount of $456.77 at the Wal-Mart located in West Point, Mississippi.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about October 10, 2013, in the Northern District of Mississippi and elsewhere, VINCENT LAMORRIS TAYLOR and GREGORY LAMAR WHITE, defendants, aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly and willfully, with intent to defraud, produce, use and traffic in one or more counterfeit access devices in violation of Title 18, United States Code, Section 1029(a)(1) and Title 18, United States Code, Section 2. Specifically, VINCENT LAMORRIS TAYLOR and GREGORY LAMAR WHITE produced a counterfeit check identified as check number 1728204 that appeared to be drawn on the account of Barrows Construction, Inc. in Tupelo, Mississippi, but which contained false routing and account numbers. The check was made payable to James Jones in the amount of $428.54 and was cashed by WHITE, posing as James Jones, at the Wal-Mart in West Point, Mississippi.

## COUNT THREE

On or about October 10, 2013, in the Northern District of Mississippi and elsewhere, VINCENT LAMORRIS TAYLOR and GREGORY LAMAR WHITE, defendants, aided and

abetted by each other, and others known and unknown to the Grand Jury, did knowingly and willfully, with intent to defraud, produce, use and traffic in one or more counterfeit access devices in violation of Title 18, United States Code, Sections 1029(a)(1) and 2. Specifically, VINCENT LAMORRIS TAYLOR and GREGORY LAMAR WHITE produced a counterfeit check identified as check number 1728202 which contained false routing and account numbers. The check was payable in the amount of $428.54 and was cashed at the Wal-Mart in Columbus, Mississippi.

### COUNT FOUR

On or about October 10, 2013, in the Northern District of Mississippi and elsewhere, GREGORY LAMAR WHITE, defendant, aided and abetted by VINCENT LAMORRIS TAYLOR, and others known and unknown to the Grand Jury, with intent to deceive, did possess and utter a forged security of an organization, that is, a commercial check identified as check number 1728204 issued to James Jones in the approximate amount of $428.54, which check had been falsely altered, completed, signed, and endorsed, in violation of Title 18, United States Code, Sections 513(a) and 2.

### COUNT FIVE

On or about October 10, 2013, in the Northern District of Mississippi and elsewhere, VINCENT LAMORRIS TAYLOR and GREGORY LAMAR WHITE, defendants, aided and abetted by each other, and others known and unknown to the Grand Jury, with intent to deceive, did possess a forged security of an organization, that is, a commercial check identified as check number 003500 issued to Roman L. Saxon dated October 8, 2013 and in the amount of $544.71, bearing check number 003500, which check had been falsely altered, completed, signed, and endorsed, in violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT SIX

On or about October 10, 2013, in the Northern District of Mississippi and elsewhere, VINCENT LAMORRIS TAYLOR and GREGORY LAMAR WHITE, defendants, aided and abetted by each other, and others known and unknown to the Grand Jury, with intent to deceive, did possess a forged security of an organization, that is, a commercial check identified as check number 007122 issued to Roman L. Saxon dated October 9, 2013 and in the amount of $544.71, bearing check number 007122, which check had been falsely altered, completed, signed, and endorsed, in violation of Title 18, United States Code, Sections 513(a) and 2.

A TRUE BILL

_[signature]_  /s/ Signature Redacted
UNITED STATES ATTORNEY   FOREPERSON