RECEIVED
JUN 25 2014
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

JS 45 (1/96)      **FOR U. S. DISTRICT COURT_ONLY**      AGENT/AGENCY Brad Dickerson, US Secret Service

Criminal Case Cover Sheet

Place of Offense:

City__Starkville_____     Related Case Information:

County/Parish__Oktibbeha__     Superseding Indictment_____Docket Number 1:14CR070
                               Same Defendant_____     New Defendant___X___
                               Magistrate Judge Case Number_____
                               Search Warrant Case Number__1:13MJ015_____
                               R 20/R 40 from District of _____

Defendant Information:

     Juvenile     Yes_____No__X____If yes, Matter to be sealed_____Yes_____No

Defendant Name_Gregory Lamar White_____

Alias Name_____

Address___Tuscaloosa AL_____

Birthdate 1980__SS# 4967__Sex__M__Race__black_____Nationality____USA_____

Represented by:_____

U.S. Attorney Information:

AUSA___Robert J. Mims_____   Bar #___MS 9913_____

Interpreter:   [X] No     [ ] Yes    List Language and/or dialect:_____

Location Status:

Arrest date_____

[ ]   Already in Federal Custody as of _____ in _____
[ ]   Already in State Custody
[ ]   On Pretrial Release

U.S.C. Citations

Total # of Counts:___6 of 6_____ [ ] Petty  [ ] Misdemeanor [X] Felony

|       | Index Key/Code   | Description of Offense Charged         | Count(s) |
|-------|------------------|----------------------------------------|----------|
| Set 1 | 18:371.F / 4992  | conpsiracy to defraud the U S          | 1        |
| Set 2 | 18:1029A.F / 4995| produces/traffics in counterfeit device| 2,3      |
| Set 3 | 18:513A.F        | utter forged and counterfeit security  | 4,5,6    |

RJM/bl

prepared___6/23/2014_____